IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| TEMPORARY SERVICES INSURANCE LTD., a Cayman Islands exempt corporation, | ) ) ) | Case No. 01:07-CV-337 |
| Plaintiff, | ) ) | |
| v. | ) ) | **ENTRY OF DEFAULT** |
| HOBBS STAFFING SERVICES, INC., a Tennessee corporation, | ) ) ) | |
| Defendant. | ) ) | |

On this 13th day of June, 2007, it appearing from the Declaration of Krista L. Kester in Support of Motion for Entry of Default by Clerk, attorney for Plaintiff, that Defendant Hobbs Staffing Services, Inc. has failed to plead or otherwise defend herein as provided by the Federal Rules of Civil Procedure:

Now, therefore, the DEFAULT of Defendant Hobbs Staffing Services, Inc. is hereby entered.

    /s/ John S. Brubaker
    Clerk of Court